## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Scott Malcolm, et al.,

        Plaintiffs,                               Civil No. 07-3661 (RHK/AJB)

vs.                                                      **ORDER**

CP Con, Inc., et al.,

        Defendants.

---

Defendants have filed a Motion for Order Vacating Default Judgment[1] and scheduled a hearing with respect thereto on December 6, 2007. Plaintiffs shall serve and file a responsive memorandum thereto no later than December 10, 2007, and Defendants may reply thereto no later than December 14, 2007. The December 6, 2007, hearing on Plaintiffs' Motion and Defendants' Motion is **CANCELED** and counsel will be advised of a new hearing date if oral argument is deemed necessary.

Dated: December 3, 2007

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge

---

[1] The "default" entered on September 7, 2007, was not a "default judgment," but rather the Clerk's entry of "default" pursuant to Rule 55(a).